STATE v. KNIGHT

No. 477P82.

Case below: 58 N.C. App. 240.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 October 1982.

STATE v. KORNEGAY

No. 534P82.

Case below: 56 N.C. App. 258.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 5 October 1982.

STATE v. LANG

No. 438P82.

Case below: 58 N.C. App. 117.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 5 October 1982.

STATE v. LANG

No. 438P82.

Case below: 58 N.C. App. 117.

Cross-petition by defendant for discretionary review under G.S. 7A-31 denied 5 October 1982.

STATE v. LINDSEY

No. 485P82.

Case below: 58 N.C. App. 606.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 October 1982.